M. P. No. 74-270. APEX INCORPORATED *v.* RHODE ISLAND WORKERS' ASSOCIATION *et al.* Petition for alternate writ of certiorari or mandamus is denied as moot. Joslin, J. did not participate. *Levy, Goodman, Semonoff & Gorin, Edward F. Burke,*

for plaintiff-respondent. *Donald R. Coblentz, Kenneth F. Mac-Iver, Jr., Rhode Island Legal Services, Inc.,* for defendants-petitioners.